IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 3:08-cv-00382 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| 1971 OLDSMOBILE CUTLASS, et al., | ) | JURY DEMAND |
| | ) | |
| *Defendants.* | ) | |

## ORDER

This case was reopened for the limited purpose of approving an amended settlement agreement, which the Court did on February 2, 2011 (Doc. No. 66). Having accomplished the limited purpose of reopening the case, the Court now **DIRECTS** the Clerk of the Court to **RECLOSE** the case.

It is so ORDERED.

Entered this \_\_\_20th\_\_\_ day of April, 2011.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT